# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLEN BOLDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-10-761-D |
| | ) | |
| | ) | |
| WARDEN-FCI EL RENO, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner, a federal prisoner appearing *pro se,* brought this action for a writ of habeas corpus. On November 23, 2010, the Court entered its Order [Doc. No. 14] adopting the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach and dismissing the Petition. In the Order, Petitioner was granted leave to file an Amended Petition; he was directed to do so no later than 21 days after November 23, 2010.

Petitioner's deadline expired in December; however, he has not filed an Amended Petition, nor has he sought an extension of the deadline for doing so. In fact, Petitioner has filed nothing in this case.

Petitioner's failure to comply with the Court-ordered deadline warrants dismissal of this action. Furthermore, the Court has the inherent power in the exercise of its sound discretion to dismiss a case for lack of prosecution. *Advantedge Business Group, L.L.C. v. Thomas E. Mestmaker & Associates, Inc.*, 552 F. 3d 1233, 1236 (10th Cir. 2009); *Reed v. Bennett*, 312 F. 3d 1190, 1195 (10th Cir. 2002). The Court file in this case reflects that Petitioner has not filed anything since August 30, 2010, and he has failed to comply with several Court orders. Under the

circumstances, the Court concludes that this action should be, and is, dismissed without prejudice to the filing of a new action.

    IT IS SO ORDERED this 13th day of May, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE